```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
      FORT MYERS DIVISION
```

GOLD INVESTOR LLC,

    Plaintiff,

v.     Case No: 2:23-cv-637-JES-KCD

AMERICAN ZURICH INSURANCE COMPANY,

    Defendant.

_____

## ORDER

On May 2, 2024, the Court entered an Order (Doc. #33) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __4th__ day of June 2024.

```
                              _____
                              JOHN E. STEELE
                              SENIOR UNITED STATES DISTRICT JUDGE
```

Copies: Counsel of record